UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES -- GENERAL

Case No.   **CV 12-1491-MWF (FMOx)**               Date: **March 4, 2013**

Title:   Alis Gevorgyan -v- Moore LawGroup

---

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                              None Present

PROCEEDINGS (IN CHAMBERS):   ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE

    On January 17, 2013, the Court issued an Order to Show Cause Re: Dismissal for Lack of Prosecution, directing Plaintiff either to respond in writing or to file a proof of service of summons and complaint on or before February 19, 2013.  (Docket No. 7).  The Order advised Plaintiff that failure to respond would result in dismissal of the action for failure to prosecute.  (*Id.*).  Plaintiff did not respond to the Court's Order.  Accordingly, the Court hereby DISMISSES the action WITHOUT PREJUDICE for failure to prosecute pursuant to Local Rule 41-1.

    IT IS SO ORDERED.